IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

CYNTHIA J. HILLS

VS.  CIVIL ACTION NO. 2:06cv53-KS-JMR

LAMAR COUNTY SCHOOL
DISTRICT, ET AL

### ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION AND DENYING *IN FORMA PAUPERIS* STATUS

This matter is before the Court on Report and Recommendation of Chief United States Magistrate Judge John M. Roper entered in this cause on April 3, 2006. After throughly reviewing the findings in the Report and Recommendation, in addition to the positions of the Plaintiff advanced in this Objection, the Court finds that the Report and Recommendation should be adopted as the finding of the Court. Additionally, the Court finds that the filing fee has been paid and the issue is moot.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Objection to the Report and Recommendation should be and is hereby denied.

IT IS FURTHER ORDERED AND ADJUDGED that the Report and Recommendation of the Chief United States Magistrate Judge John M. Roper entered on April 3, 2006, should be and is hereby adopted as the findings of this Court or the application and Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* should be and is hereby denied.

SO ORDERED AND ADJUDGED on this, the 14th day of July, 2006.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE